FILED

08/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0001

_____

BAXTER L. WATERS,

Plaintiff,

vs.                                                              O R D E R

ASHLEY M. WATERS,

Defendant.

_____

Defendant Ashley M. Waters has filed an affidavit in support of her request to disqualify the Honorable Yvonne Laird from presiding in Cause No. DR-2019-13 in the Seventeenth Judicial District Court, Phillips County, pursuant to § 3-1-805, MCA.

Section 3-1-805, MCA, provides that an affidavit for disqualification for cause must allege facts showing personal bias or prejudice of the presiding judge. Waters alleges that Judge Laird has a conflict of interest because she is "friends with [Plaintiff Baxter L. Waters's] entire family." Waters offers no factual support for this allegation and the only evidence she offers of personal bias or prejudice is dissatisfaction with Judge Laird's rulings on the parties' parenting plan and an order that Waters pay child support. These allegations cannot support disqualification as § 3-1-805(1)(b), MCA, provides in part that the affidavit will be deemed not to have been made in good faith if it is based solely on rulings in the case which can be addressed in an appeal from the final judgment. Since Judge Laird's rulings can be addressed in an appeal, Waters has not demonstrated grounds for disqualification.

THEREFORE,

IT IS ORDERED that the motion to disqualify Judge Laird is VOID and thereby DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Phillips County for notification to all parties in Cause No. DR-2019-13, and to the Honorable Yvonne Laird.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 19 2021